# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLON SIMS, | No. CV 10-715-DSF (AGR) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| CALIPATRIA STATE PRISON, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

5/18/12

*Dale S. Fischer*

DATED: _____    _____
DALE S. FISCHER
United States District Judge