UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TYLON SIMS,                           )      No.  CV 10-715-DSF (AGR)
                                      )
            Petitioner,               )
                                      )      JUDGMENT
      v.                              )
                                      )
CALIPATRIA STATE PRISON, et al.,      )
                                      )
            Respondent.               )
_____)

      Pursuant to the Order Accepting Findings and Recommendation of United

States Magistrate Judge,

      IT IS ADJUDGED that the petition is denied and dismissed with prejudice.


            5/18/12


DATED: _____      _____
                                            DALE S. FISCHER
                                      United States District Judge